# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BERNARD AND NANCY CARSON,<br><br>PLAINTIFFS<br><br>v.<br><br>OCWEN LOAN SERVICING LLC, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-C, LITTON LOAN SERVICING LP,<br><br>DEFENDANTS | CIVIL NO. 2:15-CV-514-DBH |

## ORDER ON PLAINTIFFS' MOTION TO FILE SUPPLEMENT TO AMENDED COMPLAINT

The plaintiffs' motion to supplement their amended complaint to include events occurring after it was filed (ECF No. 69) is **GRANTED**. It is apparent that the court has broad discretion in this regard, see Fed. R. Civ. P. 15(d); United States ex rel. Gadbois v. PharMerica Corp., 809 F.3d 1, 4–6 (1st Cir. 2015); 6A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1510 (3d ed. 1998). My earlier ruling on summary judgment (ECF No. 65) will apply equally to the Supplemented First Amended Complaint. I also **GRANT** the defendants' request for 45 days additional discovery on the new allegations (ECF No.82).

Accordingly the case will be removed from the August jury trial calendar and moved to the September calendar.

**SO ORDERED.**

**DATED THIS 25TH DAY OF MAY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**