# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BERNARD AND NANCY CARSON )<br>)<br>    PLAINTIFFS )<br>vs. )<br>)<br>)<br>OCWEN LOAN SERVICING LLC, )<br>)<br>)<br>THE BANK OF NEW YORK MELLON F/K/A THE )<br>BANK OF NEW YORK AS SUCCESSOR TO )<br>TRUSTEE FOR THE BENEFIT OF THE )<br>CERTIFICATEHOLDERS OF POPULAR ABS, INC. )<br>MORTGAGE PASS-THROUGH CERTIFICATES )<br>SERIES 2005-C, )<br>)<br>LITTON LOAN SERVICING LP )<br>)<br>    DEFENDANTS ) | DOCKET NO. 2:15-cv-514-DBH |

## STIPULATION OF DISMISSAL IN REGARDS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiffs, Bernard and Nancy Carson, and Defendants, Ocwen Loan Servicing, LLC, The Bank of New York Mellon and Litton Loan Servicing, LP stipulate and agree to dismiss the above-captioned action with prejudice. As grounds therefore, the parties state that they have entered into a Confidential Settlement and General Release Agreement by which both parties have agreed to be bound. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses related to this action.

Date:   November 17, 2017

                                                                                 */s/ Andrea Bopp Stark*
                                                                                 Andrea Bopp Stark

andrea@molleurlaw.com
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
Attorney for Plaintiffs Bernard and Nancy Carson

*/s/ Brett L. Messinger*
By: Brett L. Messinger
DUANE MORRIS LLP
2 Monument Square, Ste. 505
Portland, ME 04101-3406
blmessinger@duanemorris.com
215.979.1508
Attorneys for Defendants Ocwen Loan Servicing, LLC, the Bank of New York Mellon F/K/A the Bank of New York as Successor to Trustee for the Benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-C and Litton Loan Servicing, LP

**CERTIFICATE OF SERVICE**

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation Of Dismissal to be served on the parties per the Court's ECF electronic filing system, on November 17, 2017.

Dated:  November 17, 2017

By: */s/ Susan Black*
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
susan@molleurlaw.com